**Opinion filed June 6, 2024**



**In The**

# Eleventh Court of Appeals

_____

## No. 11-24-00150-CR

_____

## IN RE RANDALL LEE NIX

**Original Mandamus Proceeding**

### M E M O R A N D U M   O P I N I O N

Relator, Randall Lee Nix, has filed in this court a motion to dismiss his petition for writ of mandamus. In the motion, Relator states that he "moves this Court to withdraw" the petition. The motion is signed by both Relator and his counsel.

We grant Relator's motion and dismiss this proceeding. In doing so, we also withdraw our order dated May 30, 2024, staying the proceedings in the trial court.


W. STACY TROTTER

JUSTICE

June 6, 2024

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.